IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERCEDES LEWIS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-435-B-BW |
| | § | |
| EXPERIAN, | § | |
|     Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This action is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of the Court shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED** this 12th day of December, 2025.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE